**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Kelly M. Brink, | ) | Case No. 3:22-cv-00946-FJC-CFH |
| *Plaintiff,* | ) | |
| | ) | Frederick J. Scullin, Jr. |
| v. | ) | United States Senior Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Christian F. Hummel |
| Acting Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
| *Defendant.* | ) | |

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** that Defendant agrees to pay to Plaintiff attorney fees in the amount of $930.26, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $402.

Dated:  March 14, 2023

Kilolo Kijakazi,

By Her Attorneys,

Carla B. Freedman,
United States Attorney

/s/ Hugh Dun Rappaport
Hugh Dun Rappaport
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700992
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-2380
Hugh.Dun.Rappaport@ssa.gov

Kelly M. Brink,

By Her Attorney,

/s/ Scot G. Miller
Scot G. Miller
Coughlin, Gerhart Law Firm
P.O. Box 2039
99 Corporate Drive
Binghamton, NY 13902-2039
(607) 723-9511
smiller@cglawofffices.com

Date:  March 16, 2023

**SO ORDERED:**

Frederick J. Scullin, Jr.
Senior United States District Judge